UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

**MICHELLE TENZER-FUCHS,** on behalf of herself and all others similarly situated,

                              **Plaintiff,**

      -against-

                                                Civ. No.: 2:21-cv-01179-JMA-AYS

**Temp-tations, LLC,**

                              **Defendant.**

-----------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Now comes the Defendant Temp-tations, LLC, by and through counsel, to provide notice to the Court that the present case has been settled in principle between Plaintiff and Defendant and states:

1. A Settlement Agreement ("Agreement") is in the process of being finalized amongst the parties. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1()A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

3. We respectfully request that the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed, and that the settlement payment has been cleared.

                                                        Respectfully submitted,

                                                        JACKSON LEWIS P.C.

                                    By: _____
                                           Rebecca M. McCloskey

                                        ATTORNEYS FOR DEFENDANT

Dated: June 28, 2021
       White Plains, New York