UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

**MICHELLE TENZER-FUCHS,**

                         **Plaintiff,**

         -against-

**Temp-tations, LLC,**

                         **Defendant.**

Civ. No.: 21-cv-01179 (JMA)(AYS)

---------------------------------------------------------------X

## STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that all claims which were or could have been asserted by Plaintiff Michelle Tenzer-Fuchs are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

| | |
|---|---|
| Shalom Law, PLLC<br>105-13 Metropolitan Avenue<br>Forest Hills, NY 11375<br>(718) 971-9474<br>*Attorneys for Plaintiff* | JACKSON LEWIS P.C.<br>44 South Broadway, 14th Floor<br>White Plains, New York 10601<br>(914) 872-8060<br>*Attorneys for Defendant* |
| By: *Jonathan Shalom*<br>     Jonathan Shalom | By: *[signature]*<br>     Rebecca M. McCloskey |
| Dated: September 21, 2021 | Dated: September 21, 2021 |

The foregoing Stipulation is approved, and IT IS SO ORDERED this ___ day of _____, 2021.

                                                                                                                                                                _____
                                                                                                                                                                 The Honorable Joan M. Azrack