| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | **FILED**<br>**CLERK**<br>11:46 am, Sep 23, 2021<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

-------------------------------------X

**MICHELLE TENZER-FUCHS,**

                              **Plaintiff,**

                -against-                               Civ. No.:  21-cv-01179 (JMA)(AYS)

**Temp-tations, LLC,**

                              **Defendant.**

-------------------------------------X

## STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that all claims which were or could have been asserted by Plaintiff Michelle Tenzer-Fuchs are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

| | |
|---|---|
| Shalom Law, PLLC<br>105-13 Metropolitan Avenue<br>Forest Hills, NY 11375<br>(718) 971-9474<br>*Attorneys for Plaintiff* | JACKSON LEWIS P.C.<br>44 South Broadway, 14th Floor<br>White Plains, New York 10601<br>(914) 872-8060<br>*Attorneys for Defendant* |
| By: ___*Jonathan Shalom*_____<br>       Jonathan Shalom | By: _____<br>       Rebecca M. McCloskey |
| Dated:  September __21__, 2021 | Dated:  September 21, 2021 |

      The foregoing Stipulation is approved, and IT IS SO ORDERED this __23rd__ day of September_____, 2021.

                                                              /s/ JMA, USDJ
                                                        _____
                                                        The Honorable Joan M. Azrack